# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| YORK DEVELOPMENT LIMITED PARTNERSHIP,<br><br>        Cross Petitioner<br><br>     v.<br><br>ATLANTIC WIRELESS GROUP, INC. T/D/B/A CINGULAR WIRELESS AND THE WIRELESS EXPERIENCE OF PA INC.,<br><br>        Respondent | No. 780 MAL 2017<br><br>Cross Petition for Allowance of Appeal from the Order of the Superior Court |
| YORK DEVELOPMENT LIMITED PARTNERSHIP,<br><br>        Cross Petitioner<br><br>     v.<br><br>ATLANTIC WIRELESS GROUP, INC. T/D/B/A CINGULAR WIRELESS AND THE WIRELESS EXPERIENCE OF PA INC.,<br><br>        Respondent | No. 781 MAL 2017<br><br>Cross Petition for Allowance of Appeal from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 3rd day of April, 2018, the Cross Petition for Allowance of Appeal is **DENIED**.